No. 58294.—American Traverse Co. et al. v. United States, protests 220907–K (B), etc. (New York).

Opinion by MOLLISON, J.  The protests were dismissed.